**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ <br> Same Defendant _____ New Defendant _____ <br> Magistrate Judge Case Number 21-mj-4101-DHH <br> Search Warrant Case Number 21-4102, -03, -04, -05, -06, -07 <br> R 20/R 40 from District of _____ | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Osakpamwan Henry Omoruyi | Juvenile: | ☐ Yes ☒ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☒ No |
| Alias Name | Clifford Bernard | | |
| Address | (City & State) Canton, MA | | |

Birth date (Yr only): 1985    SSN (last4#): 5005    Sex: M    Race: Black    Nationality: Nigerian

**Defense Counsel if known:** Maksim Nemtsev      Address: 20 Park Plaza, Suite 1000

**Bar Number** 690826      Boston, MA 02116

**U.S. Attorney Information:**

**AUSA** Sara Miron Bloom      Bar Number if applicable 552351

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: English

**Victims:** ☒ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested      ☒ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** 03/29/2021

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by: Hon. David H. Hennessy on 03/29/2021

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/20/2021      Signature of AUSA: /s/ Sara Miron Bloom

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Osakpamwan Henry Omoruyi

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 349 | Bank and Wire Fraud Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-4 |
| Set 3 | 18 U.S.C. § 1957 | Money Laundering | 5-6 |
| Set 4 | 18 U.S.C. § 981(a)(1) | Forfeiture Allegations | |
| Set 5 | 26 U.S.C. § 2461 | Forfeiture Allegations | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 21-mj-4101-DHH
Search Warrant Case Number 21-4102, -03, -04, -05, -06, -07
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Osaretin Godspower Omoruyi     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Nelson Bright, Bright Nelson

Address: (City & State) Canton, MA

Birth date (Yr only): 1987    SSN (last4#): 5049    Sex: M    Race: Black    Nationality: Nigerian

**Defense Counsel if known:** Michael Pabian     Address: Michael Pabian Law Office, LLC

**Bar Number** 684589     20 Park Plaza, Suite 1000, Boston, MA 02116

**U.S. Attorney Information:**

**AUSA** Sara Miron Bloom     Bar Number if applicable 552351

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: English

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 03/25/2021

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. David H. Hennessy on 03/30/2021

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony    6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/20/2021     Signature of AUSA: /s/ Sara Miron Bloom

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Osaretin Godspower Omoruyi

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Bank and Wire Fraud Conspiracy | 1 |
| Set 2 | 18 U.S.C. §1343 | Wire Fraud | 2-4 |
| Set 3 | 18 U.S.C. § 1957 | Money Laundering | 5-6 |
| Set 4 | 18 U.S.C. § 981(a)(1) | Forfeiture Allegations | |
| Set 5 | 26 U.S.C. § 2461 | Forfeiture Allegations | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013